JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LINDHOLM CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No. 2:21-cv-07723 PA (MRWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Percy Anderson<br><br>Complaint Filed: September 28, 2021 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:21-cv-07723 PA (MRWx), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: November 18, 2021

_____
Percy Anderson
United States District Judge

177899.1

1

Case No. 2:21-cv-07723 PA (MRWx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE